IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL DATA PRODUCTS CORP. Plaintiff, | ) | |
| v. | ) | No. 03-2515 (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lisa B. Donis as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

LISA B. DONIS
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6288

November 13, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __th day of November 2003, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Edward J. Tolchin
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030

______________________________