IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL DATA PRODUCTS CORP. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2515 |
| v. | ) | (Judge Braden) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John H. Williamson as attorney of record for the United States, replacing Lisa B. Donis as attorney of record for defendant. Service of all papers by opposing parties should be addressed as follows:

John H. Williamson
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

/s John H. Williamson

John H. Williamson
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Tele: (202) 307-0277
Fax: (202) 307-0972
Email: john.williamson@usdoj.gov

November 17, 2003

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 17th day of November, 2003, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson