IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL DATA PRODUCTS CORP. | : | |
| Plaintiff, | : | |
| v. | : | No. 03-2515 (Judge Braden) |
| THE UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**NOTICE OF PENDING CASES RELATED TO ACTION BEING FILED**

TO THE CLERK: Please take notice of an action currently pending in the United States Court of Federal Claims related to the current action styled as follows: International Data Products Corp., v. The United States, No: 01-459C (Judge James F. Merow). This matter is currently stayed pursuant to the Court's Order dated July 19, 2002.

Respectfully submitted,

/s/ Edward J. Tolchin

Edward J. Tolchin
Fettmann, Tolchin & Majors, P.C.
10509 Judicial Drive, Suite 300
Fairfax, VA 22030
703-385-9500
703-385-9893 (facsimile)
etolchin@ftm-pc.com
Counsel for Plaintiff

**Certificate of Service**

hereby certify that on December 8, 2003, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_Edward J. Tolchin____
Edward J. Tolchin