IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INTERNATIONAL DATA PRODUCTS CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2515C
(Judge Braden)

**JOINT MOTION TO TRANSFER**

Pursuant to Rules 40.1(b) and 42.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties jointly move to transfer this action to Judge George W. Miller, before whom is pending an earlier-filed action involving the same parties, International Data Products Corp. v. United States, No. 01-459 ("IDP 1"). On December 8, 2003, plaintiff filed in this action a notice informing the Court that IDP 1 was related to this action. IDP 1 is directly related to this action within the meaning of RCFC 40.2(a)(1)(B), because both actions involve the same contract, F01620-97-D-0001, known as "Desktop V."

In May 1997, IDP, a computer equipment manufacturer, and the United States Air Force, entered into Desktop V, an indefinite-delivery, indefinite-quantity ("IDIQ") Small Business Administration 8(a) contract to provide computers and related services and software products to the Air Force and other Government agencies. In May 1998, IDP's principals sold their stock in IDP to another entity which was not an 8(a) concern. Thereafter, on October 8, 1999, the Air Force issued two notices terminating for convenience IDP's Desktop V contract on the ground that IDP no longer qualified as an 8(a) company and that the contract, therefore, could not legally

continue. The Air Force stated in its termination notices that "[t]his termination will not affect the rights and liabilities of the parties, arising under the contract or otherwise, concerning defects, guarantees or warranties relating to any articles or component parts furnished to the Government by the Contractor under the contract or this agreement, nor the rights and liabilities of the parties concerning software upgrades as required by Section C of the contract."

In IDP 1, IDP sought a "judgment declaring that the United States and its agency, the [Air Force] were required to terminate the [Desktop V] contract completely, including all rights and obligations of the parties, and specifically determining that defendant may not hold IDP to the [Desktop V] contractual provisions which could otherwise require IDP to provide warranty and software upgrade services to [the Air Force]." Pursuant to the Court's order in IDP 1 dated July 19, 2002, IDP 1 has remained stayed to permit the parties to pursue settlement discussions. As discussed in greater detail below in section "i.," the parties have been unable to settle their dispute.

On November 15, 2002, a Defense Contract Management Agency ("DCMA") termination contracting officer issued a final decision denying IDP's claim for termination costs. In this action, IDP seeks $1,729,205 in termination costs, consisting of the following parts:

| Cost Element | Amount |
|---|---|
| Finished Components in Inventory at time of Termination | $861,206 |
| Restocking Costs for Inventory | $386,709 |
| Third Party Maintenance (Warranty/Upgrades provided post-termination per Air Force | $440,990 |
| Executive Time preparing and prosecuting termination settlement | $21,500 |
| Legal & Accounting Time preparing and prosecuting termination settlement | $18,800 |

Because both IDP 1 and this action involve claims arising from the Desktop V contract,

assignment of both cases to a single judge, and consolidation of the actions, is likely to conserve judicial resources, and promote an efficient determination of the actions, within the meaning of RCFC 40.2(a)(4). Accordingly, pursuant to RCFC 40.1(b) and 42.1, the parties respectfully request that this action be transferred to Judge George W. Williams, so that this action may be considered for consolidation with IDP 1.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Deborah A. Bynum
by Kathryn A. Bleecker

DEBORAH A. BYNUM
Assistant Director

/s John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

/s Edward J. Tolchin

EDWARD J. TOLCHIN
Fettmann, Tolchin & Majors P.C.
10509 Judicial Drive
Suite 300
Fairfax, VA 22030-7501
703-385-9500
703-385-9893 (facsimile)

Attorney for Plaintiff

February 18, 2004

OF COUNSEL:

E. MICHAEL CHIAPARAS
Deputy Director
Contract Disputes Resolution Center
Defense Contract Management Agency
10500 Battleview Parkway, Suite 105
Manassas, VA 20109

Attorneys for Defendant

February 18, 2004

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 19th day of February, 2004, a copy of the foregoing "JOINT MOTION TO TRANSFER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s John H. Williamson