# In the United States Court of Federal Claims

| | |
|---|---|
| INTERNATIONAL DATA PRODUCTS CORP., Plaintiff, | No. 03-2515 C |
| v. | Filed March 12, 2004 |
| THE UNITED STATES OF AMERICA, Defendant. | |

ORDER

On February 19, 2004 counsel for plaintiff and defendant filed with Judge Braden a Joint Preliminary Status Report in this case. In the Report, the parties asserted that this case was directly related to a case on this Court's docket, Case No. 01-459 C. They suggested that the case be transferred to the undersigned so that it could be consolidated with 01-459 C. The Report also set forth a proposed discovery plan providing deadlines for the parties to make initial disclosures under RCFC 26(a)(1), amend pleadings, complete discovery, file dispositive motions, briefs in opposition and replies. On February 25, 2004, the parties filed a Joint Motion to Transfer this case from Judge Braden's docket to this Court. The motion was granted by Judge Braden's Order of March 2, 2004.

In consideration of the parties' request to consolidate this case with 01-459 C, this Court hereby ORDERS that parties participate in a Joint Status Conference to be held at 1:30 p.m. on Wednesday, March 17, 2004, via teleconference. The Conference shall be on the record. The Court will initiate the conference call.

The parties shall be prepared to discuss their joint request to consolidate the cases and their request to lift a stay of the proceedings in Case No. 03-2515 C. The parties shall also be prepared to discuss the details of their proposed discovery plan as set forth in their February 19 Joint Preliminary Status Report.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge