# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
INTERNATIONAL DATA PRODUCTS CORP., *

Plaintiff, *

v. * No. 03-2515 C

THE UNITED STATES, * (Filed: March 23, 2004)

Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>O R D E R</u>

On March 17, 2004, the parties participated in a joint telephonic status conference in order to discuss with the Court their joint preliminary status report filed February 19, 2004 in this case, and their joint status report filed February 23, 2004 in a related case, 01-459 C. The parties requested in their reports that this case be consolidated with 01-459 C. They also proposed a schedule for discovery and briefing of dispositive motions in the consolidated cases.

After considering the parties' requests and proposals, the Court ORDERS that this case be consolidated with 01-459 C. The parties shall file all future papers in the consolidated cases under 01-459 C. Additionally, pursuant to this Court's March 23, 2004 ORDER in 01-459 C, from and after March 26, 2004, the parties shall file all papers in the consolidated cases using the United States Court of Federal Claims Case Management/Electronic Case Filing System.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge