# In the United States Court of Federal Claims

**Nos. 01-459C & 03-2515C**

**INTERNATIONAL DATA PRODUCTS CORP.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed April 10, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant. Each party will bear its own costs.

Brian Bishop
Clerk of Court

**April 12, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.