IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INTERNATIONAL DATA PRODUCTS CORP., Plaintiff, | ) | |
| v. | ) | Nos. 01-459C & 03-2515C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Allison Kidd-Miller as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Allison Kidd-Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: April 24, 2006

s/Allison Kidd-Miller
Allison Kidd-Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-1011
Facsimile: (202) 307-0972
E-mail: Allison.Kidd-Miller@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on April 24, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller